Dismissed and Memorandum Opinion filed October 8,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00661-CR

____________

 

WILLIAM RANDOLPH POLK, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 351st District Court

Harris County, Texas

Trial Court Cause No. 1163622

 



 

M E M O R
A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court. See Tex.
R. App. P. 42.2. Because this court
has not issued an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed. We direct the
Clerk of the court to issue the mandate of the court immediately.

 

PER CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Seymore and Sullivan.

Do not
publish C Tex. R. App. P. 47.2(b).